UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 29, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LORETTA DARLENE STEWART-CABRERA, Defendant. | Case No. 2:18-cr-00085-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LORETTA DARLENE STEWART-CABRERA, Case No. 2:18-cr-00085-KJM Charge 18 USC §341, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ 75,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other):

Issued at Sacramento, California on May 29, 2018 at 2:35 pm.

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney