| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0085 KJM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY MATERIALS |
| LORETTA DARLENE STEWART-CABRERA, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in this case, *United States v. Stewart-Cabrera*, 2:18-CR-85 KJM, stipulate and agree, and respectfully request that the Court order that:

1. The United States shall produce discovery containing personal identifying information of third parties subject to this stipulation and associated protective order.

2. Certain documents in the United States' discovery production contain names and personal identifying information of other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, surnames, street addresses, telephone numbers, drivers' license numbers, social security numbers, financial account numbers, dates of birth, and any other alphanumeric identifiers attributed to any person. Any pages of discovery that contain no personal identifying information or which have had the personal identifying information redacted are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States.

The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case. Defense counsel will return discovery or certify that it has been shredded at the conclusion of the case or upon the termination of defense counsel's document retention obligations, whichever is later.

4. Defense counsel will store the Protected Material in a secure place and will use reasonable care to ensure that it is not disclosed to individuals not authorized to access such material under this agreement.

5. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

6. Any person receiving Protected Material or a copy of Protected Material from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

7. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, has been given. Such persons shall sign a copy of the Stipulation and Order.

8. The defendant may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel is permitted to provide the defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redacts all personal identifying information from those documents prior to providing them to the defendant.

9. Defense counsel shall advise government counsel of any subpoenas, document requests, or claims for access to the discovery by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate, to the degree that such advice does not conflict with other of defense counsel's legal or ethical obligations arising from the presence of any subpoenas, document requests, or claims for access to the discovery by third parties.

10. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for the defendant who have confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of

counsel, staff, investigator, expert, or the Court.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: June 5, 2018                    By: /s/ BRIAN A. FOGERTY
                                                              BRIAN A. FOGERTY
                                                              Assistant United States Attorney

Dated: June 5, 2018                    By: /s/ MATTHEW BOCKMON
                                                              MATTHEW BOCKMON
                                                              Assistant Federal Defender
                                                              Attorney for Loretta Darlene Stewart-Cabrera

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: June 6, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE