

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 16 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORETTA DARLENE STEWART-CABRERA,

Defendant.

Case No. 2:18-cr-00085-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LORETTA DARLENE STEWART-CABRERA, Case No. 2:18-cr-00085-KJM Charge 18 USC §1341, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ $75,000.00.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): to be released from Marshal's to Pretrial

__X__ Services at 9:00 a.m. on 7/17/2018 for transportation to WellSpace for inpatient treatment.

Issued at Sacramento, California on July 16, 2018 at 1:45 p.m.

By: _/s/_

Magistrate Judge Kendall J. Newman