KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LORETTA STEWART-CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-CR-0085KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| LORETTA STEWART-CABRERA | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Kendall J. Newman |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release condition 16 be modified to the following:

16. Curfew: You must remain inside your residence every day from 8:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious series, employment or court ordered obligations. **Except for Friday, February 1, 2019. On that day, the curfew will be modified so that you may leave your residence from 4:00 am and return no later than 10:30 pm.**

This modification is being requested because Ms. Stewart Cabrera is taking the train to Chowchilla on Friday, February 1, 2019, so that she may collect some of her

-1-

property. The train leaves Sacramento at 6:00 am and returns at 8:30 pm. This modification allows Ms. Stewart Cabrera to use this transportation without being in violation of her curfew.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: January 30, 2019          Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Loretta Stewart Cabrera

Dated: January 30, 2018          /s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

Dated: January 30, 2019          /s/ Renee Basurto
RENEE BASURTO
U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE