1  KELLY BABINEAU  (CA State Bar #190418)
   The Law Office of Kelly Babineau
2  455 Capitol Mall, Suite 802
3  Sacramento, CA 95814
   Tel:(916) 442-4948
4  Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for LORETTA STEWART-CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-CR-0085KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| LORETTA STEWART-CABRERA | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. ~~Carolyn K. Delaney~~ |
| | Kendall J Newman |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release conditions be modified to remove the curfew / location monitoring condition. Ms. Stewart-Cabrera has been in compliance with the condition and pretrial services and the government have no objection to the condition being removed. An amended copy of her pretrial conditions will be filed in conjunction with this stipulation.

-1-

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: April 25, 2019      Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Loretta Stewart Cabrera

Dated: April 25, 2019      /s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

Dated: April 25, 2019      /s/ Renee Basurto
RENEE BASURTO
U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: April 25, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE