UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 2, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00085-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| LORETTA DARLENE STEWART- | ) | PERSON IN CUSTODY |
| CABRERA, | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, LORETTA DARLENE STEWART-

CABRERA, Case No. 2:18-cr-00085-KJM from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

   X      Release on Pretrial Services supervision

          Bail Posted in the Sum of: $

               Co-Signed Unsecured Appearance Bond

               Secured Appearance Bond

   X     (Other) Conditions as stated on the record.

   X     (Other) The Defendant is ordered to meet with the Pretrial Services Officer at 9:30 a.m.

               on 4/3/2020 in front of the United States Courthouse at 501 I St., Sacramento, CA 95814.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/2/2020   at   2:55 p.m.

By  _Edmund F. Brennan_

Edmund F. Brennan
United States Magistrate Judge