KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LORETTA STEWART-CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LORETTA STEWART-CABRERA <br> Defendants. | No. 18-CR-0085KJM <br><br> STIPULATION REGARDING PRETRIAL RELEASE SUPERVISION; FINDINGS AND ORDER <br><br> Judge: Hon. Carolyn K. Delaney |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release condition 12 be modified to the following:

1. 16. **HOME INCARCERATION: You must remain inside your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.**

This change is being requested as Ms. Stewart-Cabrera lives alone. This will allow Pretrial Services the discretion with documentation to allow for appropriate errands. All

-1-

of the parties are in agreement with the amended condition. All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: April 20, 2020                    Respectfully submitted,

                                                       /s/ Kelly Babineau
                                                       KELLY BABINEAU
                                                       Attorney for Loretta Stewart Cabrera

Dated: April 20, 2020                    /s/ Brian Fogerty
                                                       BRIAN FOGERTY
                                                       Assistant U.S. Attorney

Dated: April 20, 2020                    /s/ Renee Basurto
                                                       RENEE BASURTO
                                                       U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED

Dated: April 20, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE