KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel: (916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LORETTA STEWART CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:18-CR-0085 KJM |
| Plaintiff, | ) |
| | ) |
| | ) [proposed] ORDER TO SACRAMENTO |
| | ) COUNTY ADULT CORRECTIONAL |
| v. | ) HEALTH FOR CLIENT MEDICAL |
| | ) RECORDS |
| LORETTA STEWART CABRERA | ) |
| | ) |
| Defendant. | ) Judge: Hon. Jeremy D. Peterson |
| ==============================) | |

The Court hereby ORDERS Sacramento County Adult Correctional Health, the holder of Loretta Stewart Cabrera's medical records at the Sacramento County Main Jail, to provide a copy of those records to defense counsel in this case, Loretta Stewart Cabrera, within 48 hours of receipt of this Order.  Loretta Stewart Cabrera's reference number at the jail is X-1573386. Defense counsel shall provide a copy of this Order to Sacramento County Adult Correctional Health to obtain copies of Loretta Stewart Cabrera's medical records.

Dated: January 14, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-4-